**Opinion issued April 2, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00022-CR**

———————————

**DAMIAN JAWON HEARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Case No. 1792073**

---

**MEMORANDUM OPINION**

Appellant's appointed counsel has filed a notice that this Court lacks jurisdiction. We agree and dismiss the appeal.

The clerk's record indicates that the trial court entered an order of deferred adjudication on December 18, 2023, in accordance with a plea bargain. The

certification of defendant's right to appeal indicates that this is a plea-bargain case and appellant has no right of appeal. No other appealable order appears in the clerk's record. Because appellant has no right of appeal, we must dismiss the appeals for lack of jurisdiction. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, we dismiss this appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

Do Not Publish. TEX. R. APP. P. 47.2(b).